United States of America

vs.

KELLY BOWERS

**Criminal No. MJM-24-0039**                                   **Government Exhibits**

| Exhibit No. | Identification | Admitted  | Description |
|---|---|---|---|
| 1. | 2-23-2024 | 2-23-2024 | Photos of defendant's Instagram |
| 2. | 2-23-2024 | 2-23-2024 | Photos of defendant's Instagram |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  | FILED ___ LOGGED ___ ENTERED ___ RECEIVED |
|  |  |  | FEB 2 3 2024 |
|  |  |  | CLERK, U.S. DISTRICT COURT AT BALTIMORE DISTRICT OF MARYLAND BY ____ DEPUTY |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Exhibit List (Rev. 3/1999)